COMMERCIAL TRUST COMPANY OF NEW JERSEY, respondent,

*v.*

MARY BRAINARD THURBER, appellant.

[Decided January 3d, 1946.]

*Messrs. Anderson, Rugge & Coleman, Messrs. King & Vogt, Mr. W. Ludlow James, Messrs. Collins & Corbin, Messrs. Stryker, Tams & Horner* and *Messrs. McCarter, English & Studer,* for the respondent.

*Messrs. Durand, Ivins & Carton (Mr. Robert V. Carton,* of counsel), for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder, and reported at *136 N. J. Eq. 471.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, JJ. 14.

*For reversal*—None.